

**RECEIVED**

DEC 03 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BIBIANO FAVELA

20070012103

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**07CV6823**
**JUDGE KENDALL**
**MAG. JUDGE DENLOW**

vs.

Thomas J. Dart

Officers Galvez

Sergeant Ferris

Superintendent C. Plaxico

Cook County

Disciplinary Board Division 9

Lieutenant Martinez

Lieutenant Dominguez

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: BIBIANO FAVELA

    B.    Date of Birth: 1-11-1984

    C    List all aliases:

    D.    Prisoner identification number: 20070012103

    E.    Place of present confinement: COOK COUNTY JAIL

    F.    Address: 2700 South California Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Thomas J. Dart

          Title: Sheriff

          Place of Employment: 2700 South California Ave.

    B.    Defendant: C. PLAXICO

          Title: SUPERINTENDENT DIVISION TEN #STAR 14

          Place of Employment: 2700 South California Ave.

    C.    Defendant: Galvez

          Title: OFFICER DIVISION TEN

          Place of Employment: 2700 South California Ave.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

D.  DEFENDANT Ferris

TITLE Sergeant          Division Ten

PLACE OF EMPLOYMENT 2700 S. CALIFORNIA AVE.

E.  DEFENDANT Martinez

TITLE Lieutenant        Division Nine

PLACE OF EMPLOYMENT 2700 S.CALIFORNIA AVE.

F.  DEFENDANT Dominguez

TITLE Lieutenant        Division Ten

PLACE OF EMPLOYMENT 2700 S.CALIFORNIA AVE.

G.  DEFENDANT Cook County Disciplinary Board Division 9

TITLE Cook County Disciplinary Board Division 9

PLACE OF EMPLOYMENT 2700 South California Ave.

**III.**    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _07 C5442_

B.    Approximate date of filing lawsuit: _? September 26 2007_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_2007001210.3_
_BIBIANO FAVELA_

D.    List all defendants: _Thomas J. Dart, et al._

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS_

F.    Name of judge to whom case was assigned: _James B. Zagel_

G.    Basic claim made: _Petition For Writ of Habeas Corpus_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _?_

I.    Approximate date of disposition: _?_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _07C4638_

B.    Approximate date of filing lawsuit: _? August ? 2007_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_20070012103_
_RIBIANO FAVELA_

D.    List all defendants: _Sheriff Michael Sheahan, et al._

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS_

F.    Name of judge to whom case was assigned: _Virginia M. Kendall_

G.    Basic claim made: _Malicious Prosecution_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _? dismissed_

I.    Approximate date of disposition: _September 21 2007 ?_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _07C3499_

B.  Approximate date of filing lawsuit: _? June 8, 2007_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_20070612103_
_BIBIANO FAVELA_

D.  List all defendants: _Sheriff Michael Sheahan, et al_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court Northern District of Illinois_

F.  Name of judge to whom case was assigned: _Virginia M. Kendall_

G.  Basic claim made: _Malicious Prosecution_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _? dismissed_

I.  Approximate date of disposition: _July 31 2007 ?_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Date of Infraction 8-31-07 written a Ticket(DISCIPLINARY Report) and Put directly in Segregation. I never refused to sign a Ticket. I was Giving a Ticket That Stated(DISCIPLINARY Report) I refused.

72 Hours rule.... violation of due Process of Law A detainee being Put Directly in Segregation Prior To seeing The Board or having a hearing Rules & Regulation C.C.D.O.C and clearly say under those circumstances The board must ensure a hearing within 72 hours including weekends & Holidays.

Rules & Regulation C.C.D.O.C

Date of Hearing 9-5-07 (8-31-07 To 9-5-07)=96 Hours Late in excess of 72 hour rule. Violation of There Own C.C.D.O.C Rules And of due Process of Law.

4

Revised 5/2007

Saw Board 9-5-07 Found Guilty of 302 Giving Ten days. Segregation. Out date would be 9-9-07 with Ten days Seg. 8-31-07 To 9-9-07.

I was never Told To Pack my Stuff unTiL 9-24-07 which is 15 days Past my out date of 9-9-07 See Pick Copy of Disciplinary Report. Violation of Department Policy. IT's unLawfull! violate of Due Process of Law and ConsTiTuTioNaL RighT. Amendment V. and Amendment IV violated.

Revised 5/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

WanT a ToTaL Sum oF $50,000⁰⁰
ComPensaTion, ALiMoNY DAMAGES
Pain while/in SuFFering DAMAGES
INJecTive releif
PuniTive DAMAGES
STress and EmoTion SuFFering DAMAGES

**VI.    The plaintiff demands that the case be tried by a jury.**  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _OCT_ day of _29_, 20_07_

_Bibiano Favela_
(Signature of plaintiff or plaintiffs)

_BIBIANO FAVELA_
(Print name)

_20070012103_
(I.D. Number)

_P.O. Box 089002_
_CHICAGO ILL 60608_
(Address)

6

Revised 5/2007

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION—COUNTY DEPARTMENT

PEOPLE OF THE STATE OF ILLINOIS, ) 200700|2103
               Plaintiff, )
                     )BIBIANO FAVELA

        -VS-        )
                     )
                     )
                     )
         Defendant, )Thomas J. Dart, et al.

No. _____

THE Presiding Judge

_____

NOTICE OF SERVICE

TO: Prisoner Correspondence
     Clerk's Office
     U.S. District Court
     219 South Dearborn Street Chicago, IL 60604

PLEASE TAKE NOTICE that on the OCTOBER day of 29 , 2007
I have caused to be filed with the Clerk of the Circuit Court of Cook County, in
the courtroom of the above named judge the hereto attached documents entitled _____
___Motion___ For Appointment of Counsel And IN FORMA PAUPERIS AND
affidavit to Proceed without Full PrePayment of Fees.

                            /S/ Bibiano Favela
                               Defendant-

---

PROOF OF SERVICE

    I , the belowed undersigned, designated and named as witness being duly sworn
upon oath depose and state that the above mentioned documents were served upon the
addressed party(s), on the October day of the month of 29 , 2007 by
the same being placed in the U.S. Postal Shut at the Cook County Department of
Corrections; and, further I state that the same was placed in said depository by myself
Together with Correct offered Postage on this October 29 2007.

                            /S/ Bibiano Favela

SUBSCRIBED AND SWORN TO BEFORE ME

THIS_____ DAY OF _____, __

_____
    NOTARY PUBLIC

MY COMMISSION EXPIRES: