PRISONER CASE 

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** BIBIANO FAVELA

**Defendant(s):** THOMAS J. DART, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Bibiano Favela
#2007-0012103
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

07CV6823
JUDGE KENDALL
MAG. JUDGE DENLOW

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

FILED
DEC - 4 2007
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodlam  **Date:** 12/04/2007

Kendall     07 C 4638
Denlow