**FILED**

DEC 03 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

20070012103
BIBIANO FAVELA
_____
Plaintiff

v.

Thomas J. Dart, et al.
_____
Defendant(s)

**07CV6823
JUDGE KENDALL
MAG. JUDGE DENLOW**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __BIBIANO FAVELA__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # __20070012103__ Name of prison or jail: __COOK COUNTY JAIL__
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __UNEMPLOYMENT__
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages　　　　　　　　　　　　　　　　　　　　　☐Yes ☒No
      Amount_____ Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
            ☐ Yes    ☒ No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount_____ Received by_____

    f.    ☐ Any other sources (state source:_____)    ☐ Yes    ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
            ☐ Yes    ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: October 29, 2007

_____
Signature of Applicant

BIBIANO FAVELA
(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering that six-month period–and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Favela, Bibiano, I.D.# 2007 0012103, has the sum of $ 114.60 on account to his/her credit at (name of institution) Co. County Dept. of Corrections. I further certify that the applicant has the following securities to his/her credit: 0. I further certify that during the past six months the applicant's average monthly deposit was $ 100.00.
(Add all deposits from all sources and then divide by number of months).

Sept 19th 2007
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

E. Puckett
(Print name)


ARAMARK Managed Services — Managed Better.

**TRANSACTION REPORT**
Print Date: 09/19/2007

Inmate Name: FAVELA, BIBIANO  
Inmate Number: 20070012103  
Inmate DOB: 1/11/1984  

Balance: $114.60

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 09/13/2007 | ORDER DEBIT | -4.40 | 114.60 |
| 09/04/2007 | CREDIT | 50.00 | 119.00 |
| 08/29/2007 | ORDER DEBIT | -25.65 | 69.00 |
| 08/29/2007 | LAW LIBRARY | -4.80 | 94.65 |
| 08/27/2007 | RETURN CREDIT | 0.45 | 99.45 |
| 08/22/2007 | ORDER DEBIT | -49.95 | 99.00 |
| 08/21/2007 | CREDIT | 100.00 | 148.95 |
| 08/21/2007 | RETURN CREDIT | 0.30 | 48.95 |
| 08/15/2007 | ORDER DEBIT | -16.30 | 48.65 |
| 08/08/2007 | ORDER DEBIT | -27.40 | 64.95 |
| 07/24/2007 | ORDER DEBIT | -17.80 | 92.35 |
| 07/24/2007 | CREDIT | 20.00 | 110.15 |
| 07/20/2007 | CREDIT | 50.00 | 90.15 |
| 07/02/2007 | ORDER DEBIT | -9.85 | 40.15 |
| 07/02/2007 | CREDIT | 50.00 | 50.00 |
| 06/27/2007 | ORDER DEBIT | -2.29 | 0.00 |
| 06/20/2007 | ORDER DEBIT | -29.50 | 2.29 |
| 06/18/2007 | CREDIT | 30.00 | 31.79 |
| 06/13/2007 | ORDER DEBIT | -0.06 | 1.79 |
| 06/06/2007 | ORDER DEBIT | -48.21 | 1.85 |
| 06/04/2007 | CREDIT | 50.00 | 50.06 |
| 05/23/2007 | ORDER DEBIT | -6.06 | 0.06 |
| 05/16/2007 | ORDER DEBIT | -49.34 | 6.12 |
| 05/10/2007 | CREDIT | 40.00 | 55.46 |
| 05/09/2007 | ORDER DEBIT | -44.57 | 15.46 |
| 05/07/2007 | CREDIT | 50.00 | 60.03 |
| 05/03/2007 | ORDER DEBIT | -43.20 | 10.03 |
| 04/25/2007 | ORDER DEBIT | -32.79 | 53.23 |
| 04/18/2007 | ORDER DEBIT | -51.56 | 86.02 |
| 04/16/2007 | CREDIT | 50.00 | 137.58 |
| 04/04/2007 | ORDER DEBIT | -20.35 | 87.58 |
| 04/02/2007 | CREDIT | 33.00 | 107.93 |
| 03/28/2007 | ORDER DEBIT | -15.47 | 74.93 |
| 03/21/2007 | ORDER DEBIT | -9.25 | 90.40 |
| 03/20/2007 | CREDIT | 40.00 | 99.65 |
| 03/19/2007 | CREDIT | 50.00 | 59.65 |
| 03/14/2007 | ORDER DEBIT | -30.35 | 9.65 |

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION-COUNTY DEPARTMENT

PEOPLE OF THE STATE OF ILLINOIS,    )  200700/2103
                            Plaintiff,    )                      No. _____
                                       )BIBIANO FAVELA
         -VS-                 )                      THE Presiding Judge
                                         )
                                         )
                            Defendant,  )Thomas J.Dart, et al.

NOTICE OF SERVICE

TO: __Prisoner Correspondence__
__Clerk's Office__
__U.S. District Court__
219 South Dearborn Street Chicago, IL 60604

PLEASE TAKE NOTICE that on the __OCTOBER__ day of ___29___, 2007 I have caused to be filed with the Clerk of the Circuit Court of Cook County, in the courtroom of the above named judge the hereto attached documents entitled __Motion__ For APPOINTMENT OF counsel AND **IN FORMA PAUPERIS** AND Affidavit to Proceed without Full PrePayment of Fees.

                                                   /s/ _Bibiano Favela_
                                                         Defendant

PROOF OF SERVICE

    I, the belowed undersigned, designated and named as witness being duly sworn upon oath depose and state that the above mentioned documents were served upon the addressed party(s), on the __October__ day of the month of ___29___, 2007 by the same being placed in the U.S. Postal Shut at the Cook County Department of Corrections; and, further I state that the same was placed in said depository by myself Together with Correct offered Postage on this October 29 2007.

                                                     /s/ _Bibiano Favela_

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____,  ____

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: