**FILED**
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07CV6823**
**JUDGE KENDALL**
**MAG. JUDGE DENLOW**

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) 2007001203
BIBIANO FAVELA

v.

Defendant(s) Thomas J. Dart, et al.

FILED
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge:

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, ☑ BIBIANO FAVELA, declare that I am the (check appropriate box)
   ☑ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: 2007001203
   BIBIANO FAVELA -vs- Thomas J. Dart, et al.

3. In further support of my motion, I declare that (check appropriate box):
   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   ☐ I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Bibiano Favela
Movant's Signature

OCTOBER 30 2007
Date

P.O. BOX 089002
Street Address

CHICAGO ILL 60608
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Virginia M. Kendall          Case Number: 07C3499

Case Title: 2007001203 Bibiano Favela -vs- Sheriff Micheal Sheahan, et al.

Appointed Attorney's Name: Pro-Se

If this case is still pending, please check box ☐

Assigned Judge: Virginia M. Kendall          Case Number: 07C4638

Case Title: 2007001203 Bibiano Favela -vs- Sheriff Micheal Sheahan, et al.

Appointed Attorney's Name: Pro-Se

If this case is still pending, please check box ☐

Assigned Judge: James B. Zagel          Case Number: 07C5442

Case Title: 2007001203 Bibiano Favela -vs- Thomas J. Dart, et al.

Appointed Attorney's Name: Pro-Se

If this case is still pending, please check box ☑

Assigned Judge: _____          Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION-COUNTY DEPARTMENT

PEOPLE OF THE STATE OF ILLINOIS,  )  20070012103
                    Plaintiff,  )
                           ) BIBIANO FAVELA     No. _____

-vs-                            )
                           )                    THE Presiding Judge
                           )
                           )
                           )                    _____
                     Defendant,  ) Thomas J. Dart, et al.

NOTICE OF SERVICE

TO: Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street Chicago, IL 60604

PLEASE TAKE NOTICE that on the OCTOBER day of ___29___, 2007
I have caused to be filed with the Clerk of the Circuit Court of Cook County, in the courtroom of the above named judge the hereto attached documents entitled
MOTION for Appointment OF Counsel AND IN FORMA PAUPERIS AND Affidavit To Proceed without Full PrePayment of Fees.

                                               /S/ _Bibiano Favela_
                                                    Defendant

---

PROOF OF SERVICE

I, the belowed undersigned, designated and named as witness being duly sworn upon oath depose and state that the above mentioned documents were served upon the addressed party(s), on the OCTOBER day of the month of ___29___, 2007 by the same being placed in the U.S. Postal Shut at the Cook County Department of Corrections; and, further I state that the same was placed in said depository by myself Together with Correct offered Postage on this October 29 2007.

                                               /S/ _Bibiano Favela_

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, ____

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: