UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 03 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BIBIANO FAVELA
20070012103

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
Officers Galvez
Sergeant Ferris
Superintendent C. Plaxico
Cook County
Disciplinary Board Division 9
Lieutenant Martinez
Lieutenant Dominguez

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6823
JUDGE KENDALL
MAG. JUDGE DENLOW

CHECK ONE ONLY:

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: BIBIANO FAVELA

   B. Date of Birth: 1-11-1984

   C. List all aliases: _____

   D. Prisoner identification number: 20070012103

   E. Place of present confinement: COOK COUNTY JAIL

   F. Address: 2700 South California Ave.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas J. Dart
      Title: Sheriff
      Place of Employment: 2700 South California Ave.

   B. Defendant: C. PLAXICO
      Title: Superintendent DIVISION TEN #STAR 14
      Place of Employment: 2700 South California Ave.

   C. Defendant: Galvez
      Title: Officer DIVISION TEN
      Place of Employment: 2700 South California Ave.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

D. DEFENDANT Ferris
TITLE Sergeant   DIVISION TEN
PLACE OF EMPLOYMENT   2700 S. CALIFORNIA AVE.

E. DEFENDANT Martinez
TITLE Lieutenant   DIVISION NINE
PLACE OF EMPLOYMENT   2700 S. CALIFORNIA AVE.

F. DEFENDANT Dominguez
TITLE Lieutenant   DIVISION TEN
PLACE OF EMPLOYMENT   2700 S. CALIFORNIA AVE.

G. DEFENDANT Cook County Disciplinary Board Division 9
TITLE Cook County Disciplinary Board Division 9
PLACE OF EMPLOYMENT   2700 South California Ave.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 07 C5442

B. Approximate date of filing lawsuit: ? September 26 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 
2007001203
BIBIANO FAVELA

D. List all defendants: Thomas J. Dart, et al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court Northern District of Illinois

F. Name of judge to whom case was assigned: James B. Zagel

G. Basic claim made: Petition for Writ of Habeas Corpus

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ?

I. Approximate date of disposition: ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __07C4638__

B. Approximate date of filing lawsuit: __? August ? 2007__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __20070012103 BIBIANO FAVELA__

D. List all defendants: __Sheriff Michael Sheahan, et al.__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __U.S. District Court Northern District of Illinois__

F. Name of judge to whom case was assigned: __Virginia M. Kendall__

G. Basic claim made: __Malicious Prosecution__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __? dismissed__

I. Approximate date of disposition: __September 21 2007 ?__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 07C3499

B. Approximate date of filing lawsuit: ? June ?, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
2007061203
BIBIANO FAVELA

D. List all defendants: Sheriff Michael Sheahan, et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court Northern District of Illinois

F. Name of judge to whom case was assigned: Virginia M. Kendall

G. Basic claim made: Malicious Prosecution

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ? dismissed

I. Approximate date of disposition: July 31 2007 ?

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Date of Infraction 8-31-07 written a Ticket (Disciplinary Report) and put directly in Segregation. I never refused to sign a Ticket. I was giving a Ticket that stated (Disciplinary Report) I refused.

72 Hours rule.... violation of due process of Law A detainee being put directly in Segregation Prior to seeing the Board or having a hearing Rules & Regulation C.C.D.O.C and clearly say under those circumstances the board must ensure a hearing within 72 hours including weekends & Holidays.

Rules & Regulation C.C.D.O.C

Date of Hearing 9-5-07 (8-31-07 to 9-5-07) = 96 Hours Late in excess of 72 hour rule. Violation of There Own C.C.D.O.C Rules and due process of Law.

Saw Board 9-5-07 Found Guilty of 302 Giving Ten days Segregation. Out date would be 9-9-07 with Ten days Seg. 8-31-07 To 9-9-07.
I was never Told To Pack my Stuff until 9-24-07 which is 15 days Past my out date of 9-9-07 See Pick Copy of Disciplinary Report. Violation of Department Policy. It's unlawful! Violate of Due Process of Law and Constitutional Right. Amendment V. and Amendment IV violated.

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

WanT a ToTaL Sum oF $50,000.00
ComPensaTion, ALIMONY DAMAGES
Pain while/in SuFFering DAMAGES
INJecTive releif
PuniTive DAMAGES
STress and EmoTion SuFFering DAMAGES

**VI.**   The plaintiff demands that the case be tried by a jury.  ☐ YES   ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this OCT day of 29, 20 07

_Bibiano Favela_
(Signature of plaintiff or plaintiffs)

BIBIANO FAVELA
(Print name)

200700/2103
(I.D. Number)

P.O. Box 089002
CHICAGO ILL 60608
(Address)

6

Revised 5/2007

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION-COUNTY DEPARTMENT

PEOPLE OF THE STATE OF ILLINOIS,  ) 200700l2l03
                       Plaintiff,  ) 
                              ) BIBIANO FAVELA     No. _____
      -VS-                      ) 
                              )                         THE Presiding Judge
                              )
                              )
                   Defendant, ) Thomas J. Dart, et al.

NOTICE OF SERVICE

TO: Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street Chicago, IL 60604

PLEASE TAKE NOTICE that on the OCTOBER day of 29, 2007 I have caused to be filed with the Clerk of the Circuit Court of Cook County, in the courtroom of the above named judge the hereto attached documents entitled Motion For APPOINTMENT OF COUNSEL AND IN FORMA PAUPERIS AND Affidavit To Proceed without Full PrePayment of Fees.

                                                     /S/ Bibiano Favela
                                                          Defendant-

PROOF OF SERVICE

I, the belowed undersigned, designated and named as witness being duly sworn upon oath depose and state that the above mentioned documents were served upon the addressed party(s), on the OCTOBER day of the month of 29, 2007 by the same being placed in the U.S. Postal Shut at the Cook County Department of Corrections; and, further I state that the same was placed in said depository by myself Together with Correct offered Postage on this October 29 2007.

                                                     /S/ Bibiano Favela

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, __

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: