BIBIANO FAVELA
20070612103
P.O. Box 089002
Chicago IL 60608

MHN

**FILED**
2-21-2008
FEB 21 2008  aw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear, Clerk                    CASE number 07 C6823

  AFFIDAVITT of Service was submitted October 23, 2007 IT HAD MY AFFIDAVITT To Proceed without FULL Prepayment of Fees AND In Forma Pauperis Filed January 10, 2008 with case. Due To Hoildays my civil suit was Filed Late. Please indicate who was served with the Certificate of Service that was mail To You? I don't have money to Pay together with my incarceration Problem.
  When and how this Service was made to OPPOSING Parties? MY Certificate was Court sworn by who and Day when? Who made the service APPEARANCE? DAY WHEN APPEAR? When AFFIDAVITT (Certificate) was made To OPPOSING APPEARANCE Parties? DAY APPEAR oN COURT.
  MY Notice of Service was For Motion For Appointment of counsel it was Denied. The Notice of Service had In Forma Pauperis Due To The FACT I'm in Custody Service mentioned affidavitT To Proceed without Full Prepayment oF Fees is Granted. Also is It (Affidavitt Served To Opposing Appearance Parties) Granted Please check CourTroom document. I'm I To Appear to Court

Currently held
in Cook County
Jail

REGUARDS
Bibiano Favela

Check SHOW LEGAL IN FORMA PAUPERIS
Granted Notice AND Questioned rised

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION-COUNTY DEPARTMENT

PEOPLE OF THE STATE OF ILLINOIS, ) 20070012103
        Plaintiff, ) BIBIANO FAVELA     No. 07C6823

-vs- )

                          ) THE Presiding Judge
                          )             Kendall

        Defendant, ) Thomas J. Dart, et al.

NOTICE OF SERVICE

TO: Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street Chicago, IL 60604

PLEASE TAKE NOTICE that on the October day of 29, 2007 I have caused to be filed with the Clerk of the Circuit Court of Cook County, in the courtroom of the above named judge the hereto attached documents entitled MOTION For APPOINTMENT OF COUNSEL AND IN FORMA PAUPERIS AND affidavit to Proceed without Full Prepayment of Fees

                                          /s/ Bibiano Favela
                                                   Defendant

PROOF OF SERVICE

I, the belowed undersigned, designated and named as witness being duly sworn upon oath depose and state that the above mentioned documents were served upon the addressed party(s), on the October day of the month of 29, 2007 by the same being placed in the U.S. Postal Shut at the Cook County Department of Corrections; and, further I state that the same was placed in said depository by myself Together with Correct offered Postage on this October 29 2007

                                            /s/ Bibiano Favela

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____,

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: