CASE NUMBER 07-C-6823

**FILED** FEB 28 2008

FEB 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Feburary 25, 2008

Please Clerk I was placed in Cook County Disciplinary Board Division Nine in Segregation in violation of your due process rights. First detainees in Disciplinary Segregation Rules and Regulation who are in Segregation have the right to hear Disciplinary hearing within 72 hours. Our Department hearing Procedures rules where orders from Reporting Officers Galvez and his supervisor. Disposition was sanction by Board and was placed in Division "9" regarding Infraction. My "Detainee" Status while Awaiting hearing was in Segregation. Finding of Guilty as charged on 9-5-07 by Recommending Board Member of Disciplinary Board Regarding Date of Incident was sanction to 10 [TEN] Days. Presents adequate discovery on indication of time and place. Documentation of Cook County Department of Corrections Disciplinary Report and Finding of Fact Copy Report. State's that placed in disciplinary Segregation without how defendant involedment occured punishable by Finding states Disciplinary Segregation.

Currently held in Cook County Jail

Bibiano Favela