# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Bibiano Favela

    v.                                  Case Number: 07 C 6823

Sheriff Dart, et al

Kendall

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Galvez, Sgt. Ferris, Superintendent Plaxico, Lt. Martinez, Lt. Dominguez

SIGNATURE   /s/ Steven L. Satter

FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS   500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP   CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)          TELEPHONE NUMBER   312-603-5105
6243813

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X       NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐      NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES X       NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?       YES X   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐