## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BIBIANO FAVELA, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6823 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| THOMAS J. DART, OFFICERS GALVEZ, | ) | |
| SERGEANT FERRIS, SUPERINTENDENT | ) | Magistrate Judge Denlow |
| C. PLAXICO, COOK COUNTY | ) | |
| DISCIPLINARY BOARD DIVISION 9, | ) | |
| LIEUTENANT MARTINEZ, | ) | |
| LIEUTENANT DOMINGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.

NOW COMES the Defendants, Sgt.Ferris, Officer Galvez, Lt. Martinez, Lt. Dominguez and Superintendent Plaxico, through his attorney Richard A. Devine, through his assistant, Steven L. Satter, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1. That based upon information and belief, the above named Defendants were served with process, on or about January 30, 2008.

2. That undersigned counsel has just received the Complaint and requires time to investigate the allegations contained in Plaintiff's Complaint.

3. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 21 days.

4. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

   a. That this Honorable Court grant an enlargement of time, up to and including April 7, 2008, for Defendants to file an Answer or otherwise plead;

   b. And to grant any other relief it deems necessary and just.

>
> Respectfully submitted,
> State's Attorney of Cook County
>
>
> By: /s/ Steven L. Satter
> Steven L. Satter
> Assistant State's Attorney

Steven L. Satter
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5105