## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BIBIANO FAVELA, ) | |
| ) | |
| Plaintiff, ) | 07 C 6823 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Virginia Kendall |
| THOMAS J. DART, OFFICERS GALVEZ, ) | |
| SERGEANT FERRIS, SUPERINTENDENT ) | Magistrate Judge Denlow |
| C. PLAXICO, COOK COUNTY ) | |
| DISCIPLINARY BOARD DIVISION 9, ) | |
| LIEUTENANT MARTINEZ, ) | |
| LIEUTENANT DOMINGUEZ, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Mr. Bibiano Favella
      Cook County Department of Corrections
      ID No.: 20070012103
      P.O. Box 089002
      Chicago, IL 60608

**PLEASE TAKE NOTICE** that on March 10, 2008, at 9:00 a.m., I shall appear before the Honorable Virginia M. Kendall in the courtroom usually occupied by her in Room 2319 of the Court for the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead.

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                                        By: s/Steven L. Satter_____
                                        Steven L. Satter
                                        Assistant State's Attorney
                                        500 Richard J. Daley Center
                                        Chicago, IL 60602
                                        (312) 603-5105
                                        ARDC # 6243813

## CERTIFICATE OF SERVICE

STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION TO ENLARGE

was served pursuant to the District Court's ECF system as to ECF filers and sent by first class mail on March 5, 2008 to:

Mr. Bibiano Favella
Cook County Department of Corrections
ID No.: 20070012103
P.O. Box 089002
Chicago, IL 60608

                                                        s/ Steven L. Satter
                                                          Steven L. Satter