FILED

March 4, 2008

MAR 1 2008
MAR 12 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk,

Please do the specified research to inform Judge Kendell what the officers do to pre-trail incarcerated detainee. Clerk I was appointed a representing court Attorney for case number 07C6823 the motion for the appointment of counsel is denied without prejudice but complaint demonstrates his (PLAINTIFF) competence to present his (PLAINTIFF) claims adequately at this time but do to such claims how each defendant was involed before being punished with disciplinary segregation states claim for relief. Upon involve in Sheriff Cook County Department of Corrections defendant's Galvez (officer), Sergeant Ferris reveals that Plaintiff was stopped in 2nd floor hallway for a patdown (frisk). Plaintiff was searched for no reason. One violation of U.S. Constitution

Amendment Four UnConstitutonal

reviewing supervisor e.i pat down SGT. V. CASTRO #293.
Placed in disciplinary segregation moved to Division Nine while awaiting Hearing by Board Member
date of Infraction 08/31/2007 thru 9/05/2007 heared Disciplinary Board not within in 72 hour violation of Cook County Department rules and regulations for detainee.   Respectfully

Bibiano Favela
20070012103

currently held in Cook County Jail.

Status Requested