STATE OF ILLINOIS
COUNTY OF COOK

MHK

IN THE CIRUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION

BIBIANO FAVELA
PLAINTIFF,

V

Thomas J. Dart, et al.
Defendants

FILED
MAR 3 1 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kendall
TRIAL Judge

CASE NO. 07C6823

MOTION To RESPOND DEFENDANTS—
INVOLEMENT in lawsuit

Now comes Movant, BIBIANO FAVELA, filing, Pro se, Pro hac vice and moves this Honorable Court to further response to defendants.

PLAINTIFF STATES AS follow:

IN Summary I was in living Unit 3B housed in department building division TEN MAXIMUM Security. Was told by Correctional Officer TAPIA I was to be in law library per request Corrections department (CCDOC). I was then givin my personnal identification card and placed in hallway for session of law library. While housed as a pre-trail detainee I was escorted out of living unit with belonging a legal folder and placed in hallway. I was stopped on 2nd floor hallway by Correctional Officer. I was stopped pattddown on 2nd floor hallway. I had a legal folder that was throughly searched by correctional officer. Paper by paper throughly. UnConstitutional invasion of privacy ei (unreasonable search, patted down, ferret) Violated U.S. Constitution Amendment four and Amendment EIGHT

my legal folder was confiscated. I was placed in handcuff by Sheriff Correctional officer and escorted to intake by 8853 GALVEZ. I was placed in holding bull pen. I was further interrogated by Sheriff Correctional officers (#143, #1036 and #14 Superintendent) and placed under further investigation. I was asked to move to interrogation room. I was asked their questions. I was asked if I was in possession of confiscated evidence and I told them I preferred to remain silent. I was in presence of Superintendent C. Plaxico Investigating infraction (incident) I was in Superintendent office room and was escorted to holding bull pen. Their Lieutenant Dominguez asked in presence of Sergeant Ferris more questions and what not about report. I was delivered disciplinary report by 1036 Ferris I was transferred to nine to report to disciplinary segregation. I was asked if I was going to sign infraction report I nodded head. I was escorted to living unit to grab other Belonging (Personal care and hygiene) item with correctional officer escort to living unit and out Living unit (9B) arrived to basement placed all belonging onto basement carried by me to where I was transferred out of Building Ten maximum security. Never to return until disciplinary hearing board department ensure prohibited acts charged with incomply with department policy are appropriate sanction while incarcerated. Was housed in living Unit 2E division nine while board deliberate. Time spent in pre-hearing segregation while incarcerated entitled pre-trail detainee the due process procedures subject to specified segregation. I was placed in disciplinary segregation before a disciplinary hearing process was conducted. Disciplinary board employe Lieutenant Martinez

was disciplinary hearing board employe who asked about incident and regards on or about date. Report Infraction testimony. Detainee was confined in division nine. 8-31-07 Entitled to ten days imposed sanction by information obtained in hearing. Prior subsequent confine disciplinary detention. Presently incarcerated and is awaiting trail in Cook County SHERIFF Correctional department (CCDOC) custodial sheriff Thomas J Dart, custody see lawsuit attached.

    Wherefore Plaintiff now moves this Honorable Court to grant this timely filed motion in regards to the Aministation of fair and impartial justice in this the STATE OF ILLINOIS

Respectfully Submitted,

Bibiano Favela
MOVANT

SIGNED AND SWORN BEFORE ME This March DAY OF 26 2008

NOTARY PUBLIC
MY COMMISSION EXPIRES:

Month    Day    Year

## Certificate of Service

I, BIBIANO FAVELA, swear under penalty of perjury, that I served a copy of the attached document on Steven L. Satter COOK COUNTY STATE'S ATTORNEY'S OFFICE 500 RICHARD J. DALEY CENTER CHICAGO, IL 60602, by placing it in the mail at the Cook COUNTY SHERIFF Correctional Center on MARCH 26 2008

SUBSCRIBED AND SWORN TO BEFORE ME THIS MARCH DAY OF 26 2008

NOTARY PUBLIC

MY COMMISSION EXPIRES:

Bibiano Favela
Bibiano Favela
#2007-0012103
COOK COUNTY JAIL
P O BOX 089002
CHGO. ILL. 60608

March 25, 2008

DEAR, CLERK

I SENT letter that my lawsuit was filed with U.S. DISTRICT COURT And I also sent Certificate (PROOF) OF SERVICE TO BE FILED. Copy of Case number 07C6823 I named 7 defendants and sent original, one copy for Judge. THEIR SHOULD BE ONE RETURNED CERTIFIED FILED WITH Certificate of SERVICE RETURNED ALSO TO ME (PLAINTIFF). It is the responsibility of me To SERVE and file Those documents to the OPPOSING SIDE BY FORWARDING Them to Prisoner Correspondence Clerk's OFFICE WHO WOULD LATER Serve The OPPOSING SIDE. I filed my Certificate of Service with Civil RIGHTS COMPLAINT UNDER 42 U.S.C. SECTION 1983 And A Petition for Leave To file IN Forma Pauperis carefully enclosed Forms Completed on October 29, 2007 Collect on Money

STATUS REQUEST

SINCereLy,
Bibiano Favela
2007-0012103
P.O. BOX 089002
CHICAGO, ILL. 60608