STATE OF ILLINOIS
COUNTY OF COOK

**FILED**

MAR 3 1 2008

3-31-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE CIRUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION

BIBIANO FAVELA
                PLAINTIFF

✓

CASE    Kendall
NO. 07C6823    Trial Judge

Thomas J Dart, et al
        Defendant

MOTION TO RESPONDENTS'
DISSMISS AS A DEFENDANT

Now Comes Movant, BIBIANO FAVELA, filing, Pro se, and moves this response by
honorable Court Pursuant Provideint that Motion To DissMiss
AS A defendant enter An order That the claiment
be represent by Appointment of Counsel and submit he
further response.
        PLAINTIH STATES AS follow
That the County of Cook is simply A Subdivision of STATE.
    People of the state of ILLINOIS Goverment Judiciary BRANCH
Subdivision of Cook County Sheriff.
The Government of ILLINOIS is a State agency affiliate
    SHERIFF Correctional department
    Cook County Department of Corrections
    SHERIFF Cook County Department of Corrections
    SHERIFF Cook County Department of Corrections department
Bureau affiliates

Sought in Providing relief

Cook County is the 1st District ILLINOIS Jurdiciary Court.

People of the STATE OF ILLINOIS Goverment Judiciary Branch, subdivision of ILLINOIS

and SHERIFF of Cook County By and through STATE Court.

Wherefore Plaintiff now moves this Honorable Court to GRANT this timely filed MOTION in regards to the Aminstation of fair and impartial Justice in this the STATE OF ILLINOIS.

Respectfully Submitted,

Biliano Favelo

MOVANT

SIGNED AND SWORN BEFORE ME THIS MARCH DAY OF 26     2008

NOTARY PUBLIC