STATE OF ILLINOIS
COUNTY OF COOK

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS,
BIBIANO FAVELA
          PLAINTIFF,
          20070012103

V.

Thomas J. Dart, et al
          Defendant,

CASE
No    07C6823

Kendall
          Judge

FILED

MAR 3 1 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF SERVICE

To: Prisoner Correspondence
Clerk's Office
U.S. District Court 219 South Dearborn Street
Chicago, IL 60604

PLEASE TAKE NOTICE that on the March day of 26, 2008
I have caused to be filed with the Clerk of the Circuit
Court of Cook County, in the courtroom of the above named judge
the hereto attached documents entitled Motion to respond defendant's-
involvement in lawsuit Motion to RESPONDENTS' DISSMISS AS
A DEFENDANT
                              /S/ Bibiano Favela

- - - - - - - - - - - - - - - - PROOF OF SERVICE - - - - - - - - - - - - - - - -
I, the beloved undersigned, designated and named as witness being duly sworn
upon oath depose and state that the above mentioned documents were served upon the
addressed party(s), on the March day of the month of 26, 2008 by the same
being placed in the U.S. Postal Slut at the Cook County Department of Corrections and
further I state that the same was placed in said depository by myself together
with correct offered postage.                    /S/ Bibiano Favela
SIGNED AND SWORN BEFORE ME THIS March DAY OF 26  2008

NOTARY PUBLIC
MY COMMISSION EXPIRES: