## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BIBIANO FAVELA, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6823 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| THOMAS J. DART, OFFICERS GALVEZ, | ) | |
| SERGEANT FERRIS, SUPERINTENDENT | ) | Magistrate Judge Denlow |
| C. PLAXICO, COOK COUNTY | ) | |
| DISCIPLINARY BOARD DIVISION 9, | ) | |
| LIEUTENANT MARTINEZ, | ) | |
| LIEUTENANT DOMINGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME the Defendants by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Steven L. Satter, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Honorable Court to dismiss the Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Steven L. Satter
    Steven L. Satter
    Assistant State's Attorney
    Civil Actions Bureau
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-5105