## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BIBIANO FAVELA, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6823 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| THOMAS J. DART, OFFICERS GALVEZ, | ) | |
| SERGEANT FERRIS, SUPERINTENDENT | ) | Magistrate Judge Denlow |
| C. PLAXICO, COOK COUNTY | ) | |
| DISCIPLINARY BOARD DIVISION 9, | ) | |
| LIEUTENANT MARTINEZ, | ) | |
| LIEUTENANT DOMINGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:   Mr. Bibiano Favella
      Cook County Department of Corrections
      ID No.: 20070012103
      P.O. Box 089002
      Chicago, IL 60608

**PLEASE TAKE NOTICE** that on April 7, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Motion to Dismiss Plaintiff's Complaint.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Steven L. Satter
    Steven L. Satter
    Assistant State's Attorney
    Civil Actions Bureau
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-5105
    ARDC# 624381

## **CERTIFICATE OF SERVICE**

      I, Steven L. Satter, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on April 7, 2008, at or before 5:00 p.m. by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                                                   /s/ Steven L. Satter
                                                                   Steven L. Satter