IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
CRIMINAL DIVSION

Case Number: 07 C 6823

BIBIANO FAVELA

V

Thomas J Dart

MAY 12 2008
FILED
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

To: Steven L. Satter
Assistance State's Attorney
500 Richard J. Daley Center
Chicago IL. 60602

PLEASE TAKE NOTICE that on May day of 7, 2008 I have caused to be filed with the clerk of the Circuit Court of Cook County in the courtroom of the above named judge the hereto attached documents entitled: MOTION TO RESPONSE INVOLVEMENT IN LAWSUIT,

Respectfully Submitted
Bibiano Favela
2007-0012103