07 C 6823

CLERK GIVE JUDGE

FILED
MAY 12 2008
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COOK COUNTY DEPARTMENT of Corrections Rules and Regulation for DETAINEES

ORIGINAL Document

POLICY OR CUSTOM File

To SUPPORT A CLAIM against supervisory officials proceeding named defendant.

Argues that he was disciplined and placed in (Segregation) SOLITARY CONFINEMENT in violation of his due process right(s).

CLERK FILE COMPLAINT AND RETURN STAMPED ONE. Judge DISSMISS MOTION BECAUSE IT WAS NOT NOTARIZIED. RETURNED BACK TO YOU NOTARIZIED FILE MOTIONS NOTARIZIED. MOTIONS NOTARIZIED

NEED COURT FORM MOTION For the Appointment of Counsel. SEEKS FOR Appoint him Counsel

Respectfully
Bibiano Favela
2007-0017103