FILED
MAY 12 2008
MAY 12 2008
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) BIBIANO FAVELA

v.

Defendant(s) Sheriff of Cook County

Case Number: 07C6823

Judge Virginia M. Kendall

## MOTION FOR APPOINTMENT OF COUNSEL

2007-0012103

1. I, BIBIANO FAVELA, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Bibiano Favela 2007-0012103
Movant's Signature

P.O. Box 089002
Street Address

CHICAGO ILL 60608
City/State/Zip

Date: MAY 7, 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| JUDGE Virginia M. Kendall | 07C6823 |
| Case Title | BIBIANO FAVELA (#2007-0012103) V. Tom Dart, et al. |
| Appointed Attorney's Name | MYSELF    pro hac vice Filing PROSE |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |