IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT - CRIMINAL DIVISION.

MHN

BIBIANO FAVELA

V

Sheriff of Cook COUNTY
Thomas J DART

FILED
MAY 30 2008
5-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NUMBER 07 C 6823

07cv 6823

## MOTION FOR RESPONDENTS INVOLED

Plaintiff BIBIANO FAVELA pro hac vice and moves the Honorable Virginia M. Kendall in the courtroom to futher response to defendants states as follows

1. In Summary in living building (3B) department. I was then giving my personnal identification for session of law library. I was stop patted down on 2nd floor hallway, searched throughly, unconstitutional invasion of privacy search. Placed in handcuff and interrogation by Correctional Sheriff officer(s), I was transferred to nine to report to disciplinary segregation. Time spent in pre-hearing segregation while incarcerated entitled pre-trail detainee (Department of Correction custody) the due process procedures subject to specified process, conduct, prior subsequent confinement disciplinary detention, possession\participating in any gang-related activity.

2. Presently in custodial incarcerated confinement and is awaiting sanction. deliberate indifference defendant herein describes their involvement while in confinement, as in employed, although.

3. That undersigned civil Amendment in Department of Correction hereby each defendant involved describes claims, therein or confinement of sheriff of Cook County. That based upon information and belief throughtout Department of Corrections custom or policy involve each and every supervisory official an Correctional employee involved claim. Ask every employed as defendant involvement regarding claim.

POLICY OF THE PARTY IN POWER.

4. That understanding policy herein effects human right, with the day to day operation while Confinement, under review. Check Rules and Regulations for Detainee Department of Corrections (COOK COUNTY) Rules and Regulations. Procedural due process right punished with disciplinary segregation. Is a suable entity while in Confinement. Plaintiffs claims against the supervisory officials named as defendants support a claim against defendants. Furthermore, I was held therein DISCIPLINARY HEARING BOARD'S COPY

5. That undersigned is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the plaintiff request that this Honorable Court grant the following relief

a. Grant Plaintiff emotional pain and anguish damages for (40) million dollars against defendant. Injunctive relief in his individual capacities and his official and Personal Capacities. DISCIPLINARY HEARING BOARD'S COPY reveiwal. SEE NOTICE REPORT Grant any and other relief that the Court may deem necessary and just against Policy of the Party in Power.

b. Grant Plaintiff punitive and compensatory damages for (40) million dollars against defendant Injunctive relief in his individual capacities and his official and personal Capacities. DISCIPLINARY HEARING BOARD'S COPY reveiwal. SEE NOTICE

SUBSCRIBED AND Affirmed ~~SWORN~~
TO BEFORE ME THIS 21st day of May, 2008

*Carmella K Richards*

NOTARY PUBLIC

Respectfully Submitted
Bibiano Favela
2007-0012103
P.O. Box 089002
Chicago IL 60608

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10

# AFFIDAVIT
## CERTIFICATE OF SERVICE

I Bibiano Favela, being duly sworn do depose and state that the attached MOTION FOR RESPONDENTS INVOLED is true and correct in substance and fact to the best of my knowledge.

TO: Steven L. Satter Assistance States Attorney
500 RICHARD J. DALEY CENTER
Chicago, ILLINOIS 60602

## CERTIFICATE OF SERVICE

I Bibiano Favela, and named as witness being duly sworn upon oath depose and state that the above mentioned documents were served upon the addressed party(s), on the May day of 21, 2008 by the same being placed in the U.S. Postal Shut at the Department of Corrections, and further I state that the same was placed in said depository by myself together with correct offered Postage on this May day of 21, 2008

SUBSCRIBED AND ~~GIVEN~~ Affirmed TO
BEFORE ME THIS
21st day of May, 2008

Bibiano Favela

Carmella K. Richardson
NOTARY PUBLIC

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/21/10

# CERTIFICATE OF SERVICE

I, Bibiano Favela, swear under penalty of perjury that I served a copy of the attached document on Steven L Satter 500 RICHARD J DALEY CENTER Chicago, ILL 60602 by placing it in the mail at the DEPARTMENT OF Correction Center On May day of 21, 2008 bearing sufficient postage

Bibiano Favela

SUBSCRIBED AND ~~SWORN~~ Affirmed TO BEFORE ME THIS 21st day of May, 2008

Carmella K. Richardson
NOTARY PUBLIC

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10