IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COOK COUNTY
THOMAS J DART

07C6823
Honorable Judge
Virginia Kendall

NOTICE OF MOTION

**FILED**
JUL 2 2008
Jul 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Steven L. Satter
Assistance State's Attorney
500 RICHARD J. DALEY CENTER
Chicago ILL. 60602

PLEASE TAKE NOTICE that on JUNE day of 17, 2008 I have caused to be filed with the Clerk of the Circuit court of Cook COUNTY in the courtroom of the above named Judge the hereto attached documents entitled NOTICE OF SERVICE, DEPARTMENT OF CORRECTIONS RULES AND REGULATIONS OF SHERIFF OF COUNTY OF COOK, RELIEF SOUGHT, MOTION FOR PLAINTIFF ARGUMENT AND AFFIDAVITT ALSO POLICY EXHIBIT-(B) ATTACHED

SUBSCRIBED AND SWORN TO
BEFORE ME THIS JUNE DAY OF 17, 2008
ATTACHED
NOTARY PUBLIC

Notarized under and by 735 ILCS
5/1-109, under penalty of perjury,
this 17 day of JUNE, 2008.

*Bibiano Favela*
Signature

*Bibiano Favela*
Defendant

BIBIANO FAVELA
I.D.# 20070012103
BIBIANO FAVELA
I.D.# 20070012103
P.O. BOX 089002
CHICAGO ILLINOIS
60608

## Certificate of Service

I, BIBIANO FAVELA INMATE 20070012103 swear under penalty of perjury that I served a copy of the attached document on Steven L. Satter 500 RICHARD J. DALEY Center CHICAGO, ILLINOIS 60602 by placing it in the mail at the COOK COUNTY SHERIFF CORRECTIONAL CENTER on June 17, 2008 bearing sufficient postage.

Respectfully
Bibiano Favela
I.D # 20070012103
BIBIANO FAVELA
I.D # 20070012103
P.O. Box 089002
CHICAGO ILLINOIS
60608

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J DART

07C6823
Honorable Judge
Virginia Kendall

## NOTICE OF SERVICE

TO: Steven L. Sotter
ASSistance State's Attorney
500 RICHARD J DALEY CENTER
Chicago, ILL. 60602

PLEASE TAKE NOTICE that on June day of 17, 2008 I have caused to be filed with the Clerk of the Circuit Court of Cook County in the courtroom of the above named judge the hereto attached documents entitled NOTICE OF MOTION, SHERIFF COOK COUNTY DEPARTMENT OF CORRECTIONS RULES AND REGULATIONS, AFFIDAVITT AND MOTION FOR PLAINTIFF ARGUMENT, RELIEF SOUGHT ALSO POLICY EXHIBIT-(B) ATTACHED

## PROOF OF SERVICE

I the belowed undersigned designated and named as witness being duly SWORN UPON Oath depose and state that the above mentioned documents were served upon the addressed party(s) on the June day of 17, 2008 by the same being placed in the U.S. Postal Shut at the Cook County DEPARTMENT OF CORRECTIONS and further I state that the same was placed in said deposit by myself together with correct offered Postage on this JUNE DAY OF 17, 2008 bearing sufficient postage.

SUBSCRIBED AND SWORN TO
BEFORE ME THIS JUNE DAY OF 17, 2008.

ATTACHED
NOTARY PUBLIC

Bibiano Favela
P.O. BOX 089002
Chicago ILLINOIS
60608
6-17-2008

Notarized under and by 735 ILCS 5/1-109, under penalty of perjury, this 17 day of JUNE, 2008.

*Bibiano Favela*
Signature

*Bibiano Favela*
Defendant

BIBIANO FAVELA
ID# 2007001203
BIBIANO FAVELA
ID# 2007001203
P.O. BOX 089002
CHICAGO ILLINOIS
60608