# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6823 | **DATE** | July 11, 2008 |
| **CASE TITLE** | Bibiano Favela (#2007-0012103) v. Tom Dart, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff Bibiano Favela's "Motion for Plaintiff's Argument" and notice of motion [42], [43] are construed as his response to defendants' motion to dismiss. Defendants shall have 14 days to file a reply. The Court will rule by mail.

Docketing to mail notices.

isk