**FILED**

JUL 9 2008
JUL 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 2, 2008

Dear Clerk

I would like to notify the District Court on filing fee of inmate trust accounts exceeds $10 Dollars. I'm in the Correctional facility where Plaintiff is confined to the Preceding.

I'm the Plaintiff unable to pay the filing fee.

I would've been credited monthly income, and each time the monthly payment of the account exceeds $10 Dollars but the Outstanding balance exceeds the authorities filing fee in Case 07C3499 also (07C6823) fund account I'm the Plaintiff unable to pay the filing fee

Please notify Cook County Jail TRUST ACCOUNT OFFICE that Plaintiff trust fund account exceeds amount of $10 in the account of Plaintiff BIBIANO FAVELA inmate number 20070012105 for trust fund officer can forwarded to the Clerk of Court in honorable Judge Virginia Kendall court-room.

I'm the Plaintiff unable to appear to court-room.
I'm the Plaintiff unable to defend my case.
I'm not able to put up defense on defendant and or ATTORNEY in Honorable Judge Virginia Kendall court-room to Answer or Otherwise Plead on Plaintiff be-half

I THINK HE MERITS A RAISE IN defend, IN defendant MOTION. I THINK ATTORNEY fails to Provide notice of the Conduct that each defendant engaged In THAT WOULD Give rise To THIS Federal claim moreso federal civil suit against one Person Thomas J Dart.

Sincerely
Bibiano Favela

SUBSCRIBED AND SWORN TO BEFORE ME THIS 17 day of JUNE 2008   Bibiano Favela ATTACHED

Notarized under and by 735 ILCS 5/1-109, under penalty of perjury, this 17 day of JUNE, 2008.

_Bibiano Favela_
Signature

_Bibiano Favela_
Defendant

BIBIANO FAVELA
20070013103
P.O. BOX 089002
Chicago ILL 60608

BIBIANO FAVELA
20070013103
P.O. BOX 089002
CHICAGO ILLINOIS 60608

# AFFIDAVIT

I, Bibiano Favela, being first duly sworn on Oath presents and states that he has subscribed to the foregoing Petition and does state that the Information therein contained is true and correct.

Subscribed and sworn to before me
This 28th day of May, 2008

_____
NOTARY PUBLIC

Respectfully Submitted
Bibiano Favela
20070012103
P.O. Box 089007
CHICAGO, ILLINOIS 60608



OFFICIAL SEAL
GERRYLEN BROWN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/22/10