UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
V
SHERIFF OF COUNTY OF COOK
THOMAS J DART

07 C 6823
Honorable Judge
Virginia Kendall

NOTICE OF SERVICE

To: Steven L. Satter
Assistance States Attorney
500 Richard J Daley Center
Chicago Illinois 60602

FILED
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on 30 day of July 2008 I have caused to be filed with the Clerk of the State Court of ILLINOIS in the courtroom of the above named judge the hereto attached documents entitled Certificate of Service NOTICE OF MOTION MOTION Individual Involve Relief Sought NOTICE OF SERVICE AFFIDAVITT

PROOF OF SERVICE

I the belowed undersigned designated and named as witness being duly sworn upon Oath depose and state that the above metioned documents was served upon the addressed party(s) on the 30 day of July 2008 by the same being placed in the U.S. Postal Shut at the Pontiac Correctional Center and further I state that the same was placed in said deposit by myself together with correct offered postage on this July DAY OF 30, 2008 bearing sufficient postage.

Bibiano Favela
P.O.# 2007001 2103
P.O. BOX 99
PONTIAC ILLINOIS
61764
7-30-2008

SUBSCRIBED AND SWORN TO
BEFORE ME THIS July DAY OF 30 2008
ATTACHED
NOTARY PUBLIC

## AFFIDAVIT OF AFFIRMATION

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __July__, 200__8__.

_____Bibiano Favela_____
Affiant

July 30 2008
R 24298
P.O. Box 99
Pontiac Illinois 61764

Relief Sought

Grant Plaintiff Emotional Pain and Anguish damages for (75) million Dollars against defendant in his/their Injunctive relief damages In his/their Individual, Official Capacities and Personal Capacities

Grant any and other relief that the court may deem necessary and just.

Grant Plaintiff Punitive and Compensatory damages for (75) million Dollars against defendant in his/their Injunctive relief damages. In his/their Individual, Official Capacities and Personal Capacities.

Bibiano Favela
I.D# 20070012103
I.D# R24298
BIBIANO FAVELA
I.D# 20070012103
I.D# R24298
P.O. Box 99
PONTIAC ILLINOIS 61764

SUBSCRIBED AND SWORN TO
BEFORE ME THIS JULY DAY OF 30, 2008
ATTACHED
NOTARY PUBLIC

## AFFIDAVIT OF AFFIRMATION

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __July__, 200__8__.

_____Bibiano Favela_____
Affiant

July 30 2008
R24298
P.O. Box 99
Pontiac Illinois 61764

Plaintiff (1st Amendment Constitutional right violating by defendant Thomas J Dart SHERIFF OF COUNTY OF COOK causing him severe pain and suffering.

Plaintiff is suing defendants Officers Galvez Superintendant C. Plaxico Lieutenant Dominguez Sergeant Ferris Lieutenant Martinez in his Official, Personal and Individual Capacities. Injunctive relief in their Official, Personal and Individual Capacities.

Plaintiff is suing defendant Officers Galvez Superintendant C. Plaxico Lieutenant Dominguez Sergeant Ferris, Lieutenant Martinez due to excessive force used by defendant SHERIFF OF COUNTY OF COOK. Plaintiff is suing defendants in their Injunctive relief, Official, Personal and Individual Capacities.

Injunctive relief damages by law ensured that a hearing is conducted within in 72 hours including weekends Due to violated Due Process Procedures

See ATTACHED AFFIDAVITT

Bibiano Favela
I.D# 20070012103
I.D# R24298
BIBIANO FAVELA
I.D# 20070012103
I.D# R24298
P.O. Box 99
PONTIAC ILLINOIS 61764

SUBSCRIBED AND SWORN TO BEFORE ME THIS July DAY OF 30, 2008
ATTACHED
NOTARY PUBLIC

## AFFIDAVIT OF AFFIRMATION

I, __BIDIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __July__, 200__8__.

_____
Bidiano Favela
Affiant

July 30 2008
R 24298
P.O. Box 99
PONTIAC ILLINOIS 61764

Notarized under and by 735 ILCS 5/1-109, under penalty of perjury, this 30 day of JULY, 2008

_Bibiano Favela_
Signature

_BIBIANO FAVELA_
Defendant

Bibiano Favela
ID# 20070012103
I.O# R24298
BIBIANO FAVELA
ID# 20070012103
I.O# R24298
P.O. BOX 99
PONTIAC ILLINOIS
61764

## **AFFIDAVIT OF AFFIRMATION**

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __July__, 200__8__.

_____
Bibiano Favela
Affiant

July 30 2008
R 24298
P.O. Box 99
PONTIAC ILLINOIS 61764

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J DART

07C6823
Honorable Judge
Virginia Kendall

Motion Individual Involve

Comes Now BIBIANO FAVELA Pro hac vice, claimant, and submitts further response for lawsuit.

1. In accordance with the laws of the state of ILLINOIS and the Constitution of the United State, I would like to invoke my Constitutional right 4,5,6, 8 and 14 of the United State.

2. That Plaintiff Constitue Amendment were violated EIGHTH AND FOURTEETH Constitutional right

3. That the Civil right of Plaintiff in COUNTY OF Cook were violating in Cook County Department of Corrections due to Procedure, due process that claimant is in custody and confined in Cook County Injunctive relief damages.

Bibiano Favela
ID# 20070012103
P.O. Box 99
PONTIAC, ILLINOIS
61764
7-30-2008

SUBSCRIBED AND SWORN TO
BEFORE ME THIS JULY DAY OF 30, 2008
ATTACHED
NOTARY PUBLIC

## AFFIDAVIT OF AFFIRMATION

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __July__, 200__8__.

_Bibiano Favela_
Affiant

July 30 2008
R 24298
P.O. Box 99
Pontiac Illinois 61764

# Certificate of SERVICE

I, BIBIANO FAVELA, swear under penalty of perjury that I served a copy of the attached document on Steven L. Satter 500 RICHARD J DALEY Center CHICAGO ILLINOIS 60602 by placing it in the mail at the PONTIAC CORRECTIONAL CENTER on July 30 2008 bearing sufficient postage.

Respectfully
Bibiano Favela
I.D.# 20070012103
I.D.# R24298
BIBIANO FAVELA
I.D.# 20070012103
I.D.# R24298
P.O. Box 99
PONTIAC ILLINOIS
61764