IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J DART

07C6823
Honorable Judge
Virginia Kendall

EP

FILED
AUGUST 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion Individual Involve

Comes Now BIBIANO FAVELA Pro hac vice, claimant, and submitts further response for lawsuit.

1. In accordance with the laws of the state of ILLINOIS and the Constitution of the United State, I would like to invoke my Constitutional right 4, 5, 6, 8 and 14 of the United State.

2. That Plaintiff Constitue Amendment were violated EIGHTH AND FOURTEETH Constitutional right

3. That the Civil right of Plaintiff in County of Cook were violating in Cook County Department of Corrections due to Procedure, due Process that claimant is in custody and confined in Cook County Injunctive relief damages.

Bibiano Favela
ID# 20070012103
P.O. Box 99
PONTIAC, ILLINOIS
61764
7-30-2008

SUBSCRIBED AND SWORN TO
BEFORE ME THIS July DAY OF 30, 2008
ATTACHED
NOTARY PUBLIC

## AFFIDAVIT OF AFFIRMATION

I, BIBIANO FAVELA, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 30 day of July, 2008.

_Bibiano Favela_
Affiant

July 30 2008
R24298
P.O. Box 99
Pontiac Illinois 61764

# Certificate of SERVICE

I BIBIANO FAVELA swear under Penalty of Perjury that I served a copy of the attached document on Steven L. Satter 500 RICHARD J DALEY Center CHICAGO ILLINOIS 60602 by Placing it in the mail at the PONTIAC CORRECTIONAL CENTER ON July 30 2008 bearing sufficient postage.

Respectfully
Bibiano Favela
I.D# 20070012103
I.D# R24298
BIBIANO FAVELA
I.D# 20070012103
I.D# R24298
P.O. Box 99
PONTIAC ILLINOIS
61764