IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
V
SHERIFF OF COUNTY OF COOK
THOMAS J. DART

07C6823
Honorable Judge
Virginia Kendall

NOTICE OF MOTION

FILED
AUG 14 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Steven L. Satter
Assistance States Attorney
500 RICHARD J. DALEY CENTER
CHICAGO ILL 60602

PLEASE TAKE NOTICE that on 30 day of July 2008 I have caused to be filed with the Clerk of the State Court of Cook County in the courtroom of the above named judge the hereto attached document's entitled Certificate of SERVICE NOTICE of SERVICE AFFIDAVITT MOTION Individual Involve Relief Sought NOTICE OF MOTION

Bibiano Favela
J.D# 20070012103
I.O# R24298
BIBIANO FAVELA
I.O# 20070012103
I.D# R24298
P.O. BOX 99
PONTIAC ILLINOIS 61764
7-30-2008

SUBSCRIBED AND SWORN TO
BEFORE ME THIS JULY DAY OF 30 2008
ATTACHED
NOTARY PUBLIC