IN THE UNITED STATES DISTRICT COURT MHA
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA     07cv6823     07C6823
V     Honorable Judge
SHERIFF OF COUNTY OF COOK     Virginia Kendall
THOMAS J DART

**FILED**
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ALTERNATIVE RELIEF

COMES NOW the undersigned (Petitioner/claiment) and Pro hac vice BIBIANO FAVELA, respectfully moves the court pursuant to 735 ILCS 5/5-105 and Rule 298 of the Supreme Court, to grant him leave to sue/defend as a Poor Person; In support applicant states that the following facts are true in substance and in fact:

1) Plaintiff Emotional Pain and Anguish damages for (75) million dollars against defendant in his/or their, Injunctive relief, In his/their Personal Individual Official Capacities.

2) Grant any and other relief that the court may deem necessary and just.

Plaintiff Punitive and Compensatory damages for (75) million dollars against defendant in his/or their, Injunctive relief, In his/their Personal Individual Official Capacities

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 20 2008
ATTACHED Notarized
NOTARY PUBLIC

/S/ Bibiano Favela
I DOC#R24248
AUGUST 20 2008

## AFFIDAVIT OF AFFIRMATION

I, _BIDIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _20_ day of _AUGUST_, 200_8_.

_Bibiano Favela_
_AUGUST 20 2008_    Affiant
_R24298_

Cruel and unusual Punishment right at the time was violated Plaintiff 8TH Amendment Constitutional right violating by defendant THOMAS J DART SHERIFF OF COUNTY OF COOK causing him severe pain and suffering.

Plaintiff is suing defendant's officers Galvez Superintendant C. Plaxico Lieutenant Dominguez Sergeant Ferris Lieutenant Martinez in his Official Personal and Individual Capacities Injunctive relief in their Official Personal and Individual Capacities.

Plaintiff is suing defendant Officers Galvez Superintendant C. Plaxico Lieutenant Dominguez Sergeant Ferris Lieutenant Martinez due to excessive force used and

Injunctive relief damages by law ensured that a hearing is conducted within in 72-HOURS Including weekends Due To violated Due Process Procedures

/S/ Bibiamo Favela
AUGUST 20 2008
R24298

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 20 2008
ATTACHED Notarized
NOTARY PUBLIC

## AFFIDAVIT OF AFFIRMATION

I, BIDIANO FAVELA, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 20 day of AUGUST, 2008.

_____
Affiant

# Certificate OF SERVICE

I BIBIANO FAVELA swear under penalty of perjury that I served a copy of the attached document on Steven L. Satter 500 RICHARD J. DALEY CENTER CHICAGO ILLINOIS 60602 by placing it in the mail at the PONTIAC CORRECTIONAL CENTER on AUGUST 20 2008

Respectfully, Bibiano Favela
BIBIANO FAVELA
I.D# R24298
P.O. BOX 99
PONTIAC, ILLINOIS. 61764