IN THE UNITED STATES DISTRICT COURT M HN
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J DART

**FILED**
AUG 2 5 2008
AUG 25 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

07C6823
HONORABLE Judge
Virginia Kendall

## MOTION FILED RELIEF

Comes now BIBIANO FAVELA claimant, Pro hac vice and respectfully submitts further response for above caption in the above captioned legal proceedings.

1) RELIEF SOUGHT

a. Plaintiff Emotional pain and Anguish damages for (75) million dollars against defendant in his/or their, Injunctive relief damages, In his/their Personal Individual Official Capacities.

b. Grant any and other relief that the Court may deem necessary and just.

2) Plaintiff Punitive and Compensatory damages for (75) million dollars against defendant in his/or their, Injunctive relief damages, In his/their Personal Individual Official Capacities.

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 20, 2008
ATTACHED Notarized
NOTARY PUBLIC

/s/ Bibiano Favela
AUGUST 20 2008
P.O. BOX 99
PONTIAC ILLINOIS 61764

## AFFIDAVIT OF AFFIRMATION

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __20__ day of __AUGUST__, 200__8__.

__Bibiano Favela__
_____ Affiant
AUGUST 20 2008
R24298