IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
V
SHERIFF OF COUNTY OF COOK
THOMAS J DART

FILED
AUG 25 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Law 07C6823
HONORABLE Judge
Virginia Kendall

## MOTION FOR RESPONDENT

Petitioner, Prose, BIBIANO FAVELA, Pro hac vice Petitions and requests this Honorable Court to grant and submitts Pursuant to 735 ILCS 5/5-105 and Rule 298 of the Supreme Court to grant him leave to sue as a Poor person in support Petitioner states that the following facts are true in substance and in fact

1) I am the Petitioner claimant in the above captioned legal Proceeding
2) In accordance with the laws of the state of ILLINOIS and the Constitution of the UNITED STATE I would like to invoke my Constitutional right 4,5,6,8 and 14 of the UNITED STATE.
3) That Plaintiff Constitue Amendment were violated Fifth, Eighth, Fourteeth as one U.S citizenship.
4) That the rights Civil of Plaintiff in Cook County DEPARTMENT of CORRECTIONS due to due process violated due Procedure that Petitioner claimant is in custody and confined Injunctive relief on conduct of each defendant.
5) That based upon information and belief throughout DEPARTMENT OF CORRECTIONS involve defendant Plaintiff fifth Eighth Fourteeth Constitution Amendment right were violated as one citizen
6) That in Accordance with the laws of the STATE OF ILLINOIS and the Constitution of the UNITED STATES I would like to invoke my Civil Constitutional rights
7) Invoke my Civil Constitutional right Plaintiff Constitue right as one citizenship Plaintiff does assert that a cause of the alleged Constitutional violation committed against him existed

WHEREFORE Petitioner Prose, Pursuant to 735 ILCS 5/5-105 and and Rule 298 of the Supreme Court Prays that he be granted to pursue and requests this Court Grant this timely filed MOTION described of the proceedings attached

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 20 2008
ATTACHED Notarized
NOTARY PUBLIC

/S/ Bibiano Favela
R24298
AUGUST 20 2008

## AFFIDAVIT OF AFFIRMATION

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __20__ day of __AUGUST__, 200__8__.

_Bibiano Favela_
AUGUST 20 2008    Affiant
K24298