IN THE UNITED STATES DISTRICT COURT   MHN
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 2 5 2008
AUG 25 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

BIBIANO FAVELA
V
SHERIFF OF COUNTY OF COOK
THOMAS J. DART

07C6823
Honorable Judge
Virginia Kendall

## NOTICE OF MOTION

TO: Steven L Satter
Assistance States Attorney
500 RICHARD J. DALEY CENTER
CHICAGO ILL 60602

PLEASE TAKE NOTICE that on 20 day of AUGUST 2008 I have caused to be filed with the Clerk of the State Court of Cook County ILLINOIS in the courtroom of the above named judge the hereto attached document's entitled Certificate of SERVICE, NOTICE OF SERVICE, NOTARIZED AFFIDAVITTS, MOTION FILED RELIEF, MOTION FOR RESPONDENT ALTERNATIVE RELIEF

/S/ Bibiano Favela
IDOC # R24298
Pontiac Correctional Center
P.O. BOX 99
PONTIAC ILLINOIS 61764
AUGUST 20 2008

## AFFIDAVIT OF SERVICE

I, __BIBIANO FAVELA__, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at __PONTIAC__ Correctional Center, __PONTIAC__ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this __20__ day of __AUGUST__, 20__08__.

_Bibiano Favela_
Signature

## VERIFICATION

I, __BIBIANO FAVELA__, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Bibiano Favela_
(Your signature)
R24248

Revised Jan 2002