MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
V
SHERIFF OF COUNTY OF COOK
THOMAS J. DART

07C6823
Honorable Judge
Virginia Kendall

FILED
AUG 25 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF SERVICE

TO: PRISONER CORRESPONDENCE
CLERK OF U.S. DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60602

PLEASE TAKE NOTICE THAT on 20 day of AUGUST 2008 I have caused to be filed with the CLERK OF THE STATE COURT of Cook County ILLINOIS in the courtroom of the above named Judge the hereto attached document is entitled AFFIDAVITT Certificate of SERVICE NOTICE OF MOTION, MOTION FOR RESPONDENT Notarized

## PROOF OF SERVICE

I, the belowed undersigned designated and named as witness being duly sworn upon oath depose and state that the above mentioned documents was served upon the addressed Party(s) On the August day of 20, 2008 by the same being placed in the U.S. Postal Shut at the PONTIAC CORRECTIONAL CENTER and further I state that the same was placed in said deposit with correct offered Postage on AUGUST 20 2008 bearing Sufficient Postage

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 20 2008
ATTACHED Notarized
NOTARY PUBLIC

/s/ Bibiano Favela #R24298
AUGUST 20 2008
PONTIAC Correctional Center
P.O. BOX 99
PONTIAC ILLINOIS 61764

# AFFIDAVIT OF AFFIRMATION

I, _BIBIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _20_ day of _AUGUST_, 200_8_.

_Bibiano Favela_       Affiant

AUGUST 20 2008
R24248

IN THE
**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HONORABLE Judge Virginia Kendall

BIBIANO FAVELA
Plaintiff/Petitioner

Vs.

THOMAS J. DART
SHERIFF OF COUNTY OF COOK
Defendant/Respondent

No. 07 C 6823

## PROOF/CERTIFICATE OF SERVICE

TO: Steven L. Satter
ASSISTANCE STATE'S ATTORNEY
500 RICHARD J. DALEY CENTER
CHICAGO ILLINOIS 60602

TO: Prisoner Correspondence
CLERK OF U.S. DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

PLEASE TAKE NOTICE that on AUGUST 20, 2008, I placed the documents listed below in the institutional mail at PONTIAC CORRECTIONAL CENTER (MSU) Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: AUGUST 20 2008

NOTARIZED ATTACHED

/s/ Bibiano Favela
Name: BIBIANO FAVELA
IDOC No. R 24298
PONTIAC Correctional Ctr.
P.O. BOX 99
PONTIAC, IL. 61764

## AFFIDAVIT OF AFFIRMATION

I, _BIDIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _20_ day of _AUGUST_, 200_8_.

_Bibiano Favela_
_AUGUST 20 2008_    Affiant
_R24248_