## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BIBIANO FAVELA, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6823 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Virginia Kendall |
| THOMAS J. DART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL INSTANTER

Pursuant to Rule 3.15 of the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned attorney, PAUL W. GROAH, Assistant State's Attorney, moves this Honorable Court for leave to substitute as attorney, replacing STEVEN L. SATTER, as attorney of record in this matter for the Defendants. In support of this motion, the movant states as follows:

1. This case was reassigned to PAUL W. GROAH, Assistant State's Attorney.

2. PAUL W. GROAH is a duly licensed attorney in the State of Illinois and is a member of general bar of this Court.

3. The Plaintiff will not be prejudiced by a substitution of counsel.

WHEREFORE, Counsel for the Defendants respectfully request that this Honorable Court enter an order granting leave to STEVEN L. SATTER to withdraw as counsel and substitute PAUL W. GROAH in his place as counsel of record.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County


By: __/s/ Paul W. Groah
      Paul W. Groah
      Assistant State's Attorney
      Civil Actions Bureau
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-5147

Case 1:07-cv-06823   Document 56   Filed 09/02/2008   Page 3 of 3