## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BIBIANO FAVELA, ) | |
| ) | |
| Plaintiff, ) | 07 C 6823 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Virginia Kendall |
| THOMAS J. DART, OFFICERS GALVEZ, ) | |
| SERGEANT FERRIS, SUPERINTENDENT ) | |
| C. PLAXICO, COOK COUNTY ) | |
| DISCIPLINARY BOARD DIVISION 9, ) | |
| LIEUTENANT MARTINEZ, ) | |
| LIEUTENANT DOMINGUEZ, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Mr. Bibiano Favella
     R # 24298
     P.O. Box 99
     Pontiac, Illinois 61764

**PLEASE TAKE NOTICE** that on September 11, 2008, at 9:00 a.m., I shall appear before the Honorable Virginia M. Kendall in the courtroom usually occupied by her in Room 2319 of the Court for the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Substitute Counsel Instanter*.

                                            Respectfully Submitted,

                                            RICHARD A. DEVINE
                                            State's Attorney of Cook County


                                    By:  /s/ *Paul W. Groah*
                                            Paul W. Groah
                                            Assistant State's Attorney
                                            Civil Actions Bureau
                                            500 Richard J. Daley Center
                                            Chicago, IL  60602
                                            (312) 603-5147

## CERTIFICATE OF SERVICE

      I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on September 2, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                                                          */s/ Paul W. Groah*
                                                                         Paul W. Groah