IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
v
SHERIFF OF COUNTY OF COOK
THOMAS J DART

FILED
Sep 5 2008
SEP 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6823
07C6823
HONORABLE Judge
Virginia Kendall

## MOTION FILED RELIEF

Comes Now the undersigned Petitioner and Pro hac vice, BIBIANO Favela, and respectfully moves the court Pursuant to 5/5-105 ILCS 735 ILCS 5/5-105 and RULE 298 of the SUPREME COURT, to grant him leave to sue/defend as a Poor Person; in support applicant states that the foregoing facts are true in substance and in fact Pursuant to 5/2 ILCS 735 ILCS 5/2-619.1

I. RELIEF SOUGHT—
  a. Cruel and Unusual Punishment was violated at the time as a citizen
  b. 8th Amendment Constitutional right violating by defendant THOMAS J. DART SHERIFF OF COUNTY OF COOK.
  c. Plaintiff is suing defendants Officer Galvez - Superintendant C. Plaxico - Lieutenant Dominguez - Lieutenant Martinez - Sergeant Ferris for Cruel and Unusual Punishment violating 8th Amendment of the Constitution.
  d. Plaintiff is asking for Injunctive relief damages in their Personal, Capacities for Emotional pain and anguish relief, and
  e. Plaintiff is asking for Injunctive relief damages in their Official, Capacities for Punitive and Compensatory relief, and
  f. Plaintiff is asking for Injunctive relief damages in their Individual Capacities for violated Constitutional Amendment Eighth, and
  g. Pursuant to 5/2-619.1 ILCS 735 ILCS 5/2-619.1 combined motions BIBIANO FAVELA being first duly sworn on Oath, deposes and states that he/she is a Plaintiff in the above-captioned matter; that he/she has read the foregoing document, and the answers made herein are true correct and complete to the best of his/her knowledge and belief.

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 25, 2008,
ATTACHED Notarized
NOTARY PUBLIC

/S/ Bibiano Favela
ID#R54298

## **AFFIDAVIT OF AFFIRMATION**

I, _CIPRIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _25_ day of _AUGUST_, 200_8_.

_____
Affiant

## AFFIDAVIT OF MERITS

I, BIBIANO FAVELA, state that I served a copy of the attached documents Certificate of SERVICE - NOTICE OF MOTION - ALTERNATIVE RELIEF - MOTION FILED RELIEF - MOTION THEREOF INDIVIDUAL INVOLVE to which this affidavit is attached upon each Party, or, if represented by council, upon the attorney of record for said Party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein. BIBIANO FAVELA being first duly sworn on oath, deposes and states that he/she has read the foregoing document and the answers made herein are true correct and complete to the best of his/her knowledge and belief pursuant to 5/2-619.1 735 ILCS 5/2-619.1 combined motions for the NORTHERN DISTRICT OF ILLINOIS together with section 5/5-105 735 ILCS 5/5-105 pursuant Pursuant to 735 ILCS 5/2-605, I declare, under penalty of perjury that I am a named party in the above action that I have read the above documents, and that the information contained herein is true and correct to the best of my knowledge

DATE: AUGUST 25, 2008.

/S/ Bibiano Favela
R24298