IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Sep 5. 2008
SEP 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6823
07C6823

BIBIANO FAVELA
v
SHERIFF OF COUNTY OF COOK
THOMAS J DART

HONORABLE Judge
Virginia Kendall

## MOTION THEREOF INDIVIDUAL INVOLVE

COMES Now the undersigned Petitioner and Pro hac vice, BIBIANO FAVELA, and respectfully moves the court pursuant to 735 ILCS 5/5-105 and RULE 298 of the SUPREME COURT, to grant him leave to sue/defend as a poor person; in support applicant states that the foregoing Facts are true in substance and in fact

i That Plaintiff were as one citizen violated fifth, eighth, fourteeth

a. Cruel and unusual Punishment was violated at the time eighth as a citizen, and

b. In accordance with the laws of the state of ILLINOIS and the Constitutional of the UNITED STATE I citizen would like to invoke my Constitution right 4,5,6.8 and 14 of the UNITED STATE, and

c. Plaintiff is suing defendant officer Galvez-Superintendant C. Plaxico-Lieutenant Dominguez-Lieutenant Martinez-Sergeant Ferris-SHERIFF OF COUNTY OF COOK THOMAS J. DART as defendant, and

d. Plaintiff is asking for Injunctive relief damages in their Personal capacitie for Cruel and unusual Punishment, and

e. Emotional Pain and Anguish relief

f. Plaintiff is suing for Injunctive relief damages in their Individual Capacitie for violated Constitutional Amendment eighth, and

g. Punitive and Compensatory relief, and

BIBIANO FAVELA being first duly sworn on Oath, deposes and states that he/she is a Plaintiff in the above-captioned matter; that he/she has read the foregoing document, and the answers made herein are true correct and complete to the best of his/her knowledge and belief

SUBSCRIBED AND SWORN To
BEFORE ME THIS AUGUST DAY OF 15, 2008,
ATTACHED Notarized
NOTARY PUBLIC

/s/ Bibiano Favela
ID# R 24298

## **AFFIDAVIT OF AFFIRMATION**

I, _BIBIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _25_ day of _AUGUST_, 200_8_ .

_Bibiano Favela R24248_
                                                              **Affiant**

## AFFIDAVIT OF MERITS

I BIBIANO FAVELA state that I served a copy of the attached documents CERTIFICATE OF SERVICE - NOTICE OF MOTION - ALTERNATIVE RELIEF - MOTION FILED RELIEF - MOTION THEREOF INDIVIDUAL INVOLVE to which this affidavit is attached upon each party(ies), or, if represented by counsel, upon the attorney of record for said Party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein. BIBIANO FAVELA being first duly sworn on oath, deposes and states that he/she has read the foregoing document and the answers made herein are true correct and complete to the best of his/her knowledge and belief Pursuant to 5/2-619.1 735 ILCS 5/2-619.1 combined motions for the NORTHERN DISTRICT OF ILLINOIS together with Section 5/5-105 735 ILCS 5/5-105 pursuant pursuant to 735 ILCS 5/2-605 I declare under penalty of perjury that I am a named party in the above action that I have read the above documents and that the information contained herein is true and correct to the best of my knowledge

DATE: AUGUST 25 2008

/S/ Bibiano Favela
R24298

# Certificate of SERVICE

I, BIBIANO FAVELA swear under penalty of Perjury that I served a copy of the attached documents on Steven L. Satter 500 RICHARD J. DALEY CENTER CHICAGO, ILLINOIS 60602 by placing it in the mail at PONTIAC Correctional Center on AUGUST 25, 2008

DATE: AUGUST 25 2008

/S/ Bibiano Favela
R24208

## AFFIDAVIT OF AFFIRMATION

I, _BIBIANO FAVELA_, affiant, do hereby declare and
affirm under penalty of perjury as defined in 735 ILCS5/1-109,
28 USC 1746 or 18 USC 1621 that everything contained herein is
true and accurate to the best of my knowledge and belief. I further
declare and affirm that the contents of the foregoing document(s)
is/are known to me and is/are accurate to the best of my knowledge
and belief. Finally, I do declare and affirm that the matter at hand
is not taken either frivolously or maliciously and that I believe the
foregoing matter is taken in good faith.

Signed on this _25_ day of _AUGUST_, 200_8_.

_Bibiano Favela 224298_
**Affiant**

IN THE
# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BIBIANO FAVELA
_____
Plaintiff/Petitioner

)
)
)
Vs.                           )           No. 07C6823
THOMAS J DART               )
SHERIFF OF COUNTY OF COOK   )
_____            )
Defendant/Respondent        )

## PROOF/CERTIFICATE OF SERVICE

TO: Steven L. Setter                TO: Prisoner Correspondence
Assistance States Attorney          Clerk of U.C DISTRICT COURT
500 RICHARD J DALEY CENTER          219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60602              CHICAGO ILLINOIS 60604

PLEASE TAKE NOTICE that on AUGUST 25, 2008, I placed
the documents listed below in the institutional mail at PONTIAC
Correctional Center, properly addressed to the parties listed above for mailing through
the United States Postal Service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of
perjury that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of
my knowledge and belief.

DATED: AUGUST 25, 2008.

/s/ Bibiano Favela
Name: BIBIANO FAVELA
IDOC No. R 24298
PONTIAC _____ Correctional Ctr.
PO BOX 99
PONTIAC _____, IL

# AFFIDAVIT OF SERVICE

I BIBIANO FAVELA state that I served a copy of the attached document's CERTIFICATE OF SERVICE- NOTICE OF MOTION- ALTERNATIVE RELIEF- MOTION FILED RELIEF- MOTION THEREOF INDIVIDUAL INVOLVE to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein. BIBIANO FAVELA being first duly sworn on oath, deposes and states that he/she has read the foregoing document and the answers made herein are true correct and complete to the best of his/her knowledge and belief pursuant to 5/2-619.1 735 ILCS 5/2-619.1 combined motions for the NORTHERN DISTRICT OF ILLINOIS together with section 5/5-105 735 ILCS 5/5-105 Pursuant to 735 ILCS 5/2-605, I declare, under penalty of Perjury that I am a named party in the above action that I have read the above documents, and that the information contained herein is true and correct to the best of my knowledge

DATE: AUGUST 25, 2008,

/S/ Bibiano Favela
R24298

# AFFIDAVIT OF AFFIRMATION

I, _BIBIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _25_ day of _AUGUST_, 200_8_.

_Bibiano Favela  R24298_
**Affiant**