IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
VS
SHERIFF OF COUNTY OF COOK
THOMAS J. DART

07C6823
HONORABLE Judge
Virginia Kendall

## NOTICE OF MOTION

TO: STEVEN L. Satter
Assistance State's Attorney
500 RICHARD J. DALEY CENTER
CHICAGO ILLINOIS 60602

FILED
Sep 5- 2008
SEP 5 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on August day of 25  2008 I have caused to be filed with the Clerk of the STATE COURT OF NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION in the courtroom of the above named Judge the hereto attached documents entitled Certificate of SERVICE- AFFIDAVITT-MOTION THEREOF INDIVIDUAL INVOLVE-MOTION FILED RELIEF- ALTERNATIVE RELIEF

/S/ Bibiano Favela
I.D# R24298

SUBSCRIBED AND SWORN TO
BEFORE ME THIS AUGUST DAY OF 25, 2008,
ATTACHED Notarized
NOTARY PUBLIC