# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED** Sep 9, 2008 cw

SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BIBIANO FAVELA
v.
SHERIFF OF COUNTY OF COOK
THOMAS J DART

07C6823 07cv6823

HONORABLE Judge VIRGINIA KENDELL

## MOTION THEREFOR RESPONDENT

Comes Now the undersigned petitioner/claimant Pro hac VICE BIBIANO FAVELA Petitions and requests this HONORABLE Court to grant and submitts pursuant to 735 ILCS 5/5-105 and RULE 298 of the SUPREME Court to grant him leave to sue/defend as a poor person in support plaintiff states that the foregoing facts are true in substance and in fact to 735 ILCS 5/2 619.1 combined motions

a. That the civil right of Plaintiff were violated as one U.S. citizen, and
b. I am the petitioner claimant in the above captioned legal proceeding
c. In accordance with the laws of the state of ILLINOIS and the Constitution of the UNITED STATES I would like to invoke my Constitutional right, number 5, 6, 8 and 14 of UNITED STATE CONSTITUTION, and
d. That the civil right of Plaintiff in COUNTY OF COOK were violating in Cook County DEPARTMENT OF CORRECTIONS due to Procedure, due process that claimant is in custody and confined IN DEPARTMENT OF CORRECTIONS INJUNCTIVE RELIEF DAMAGES, and
e. Plaintiff IS SEEKING INJUNCTIVE RELIEF DAMAGES

BIBIANO FAVELA BEING FIRST duly sworn on oath, deposes and states that he/she is a plaintiff in the above-captioned matter, that he/she has read the foregoing document, and the answers made herein are true, correct and complete to the best of his/her knowledge and belief

SUBSCRIBED AND AFFIRM TO
BEFORE ME THIS SEPTEMBER DAY OF 2008 /s/ Bibiano Favela
ATTACHED NOTARIZED
NOTARY PUBLIC

R 24249

# AFFIDAVIT OF AFFIRMATION

I, **BIBIANO FAVELA**, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __1__ day of __SEPTEMBER__, 200__8__.

_Bibiano Favela R24299_
Affiant

IN THE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA
Plaintiff/Petitioner

vs.

THOMAS J. DART
SHERIFF OF COUNTY OF COOK
Defendant/Respondent

Case No. 07C6823

## PROOF/CERTIFICATE OF SERVICE

TO: Steven L. Satter
500 RICHARD J DALEY
CHICAGO, ILLINOIS 60602

TO: PRISONER Correspondence
219 South DEARBORN ST
CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE that on SEPTEMBER 1, 2008, I placed the documents listed below in the institutional mail at PONTIAC Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: CERTIFICATE OF SERVICE - AFFIDAVIT - NOTICE OF MOTION - NOTICE OF SERVICE - ALTERNATIVE RELIEF - MOTION FILED RELIEF - MOTION THEREFOR RESPONDENT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: SEPTEMBER 4, 2008,
NOTARIZED
ATTACHED

/s/ Bibiano Favela
NAME: BIBIANO FAVELA
IDOC No: 24298
P.O. BOX 99 PONTIAC Correctional Ctr.
PONTIAC, IL 61764

# AFFIDAVIT OF AFFIRMATION

I, BIBIANO FAVELA, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __1__ day of __SEPTEMBER__, 2008.

_Bibiano Favela R24248_
Affiant