IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J DART

FILED
Sep 9, 2008 LCW
SEP 09 2008
SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07L6823   07cv6823

HONORABLE Judge
VIRGINIA KENDALL

## MOTION FILED RELIEF

Comes Now the undersigned petitioner/claimant Pro hac vice, BIBIANO FAVELA petitions and requests this HONORABLE Court to grant and submits pursuant to 735 ILCS 5/5-105 and Rule 298 of the SUPREME Court to grant him leave to sue/defend as a poor person in support Plaintiff states that the foregoing facts are true in substance and in fact to 735 ILCS 5/2 619.1

a. Grant Plaintiff emotional pain and anguish damages for (75) million dollars against defendant in his/or their capacity Injunctive relief damages

b. Grant Plaintiff emotional pain and anguish damages against defendant in his/or their Personal Individual Official capacities

c. Grant Plaintiff punitive and Compensatory damages for (75) million dollars against defendant in his/or their Injunctive relief damages

d. Grant Plaintiff punitive and Compensatory damages against defendant in his/or their Personal Individual Official capacities

e. Grant plaintiff damages on the conduct of each defendant in his/or their capacity

BIBIANO FAVELA BEING FIRST duly sworn on oath, deposes and states that he/she is a Plaintiff in the above-captioned matter, that he/she has read the foregoing document, and the answers made herein are true, correct and complete to the best of his/her knowledge and belief

SUBSCRIBED AND AFFIRMATION
BEFORE ME THIS SEPTEMBER DAY OF 1, 2008,
ATTACHED NOTARIZED
NOTARY PUBLIC

/s/ Bibiano Favela
R24298

# AFFIDAVIT OF AFFIRMATION

I, _BIBIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _1_ day of _SEPTEMBER_, 200_8_.

_Bibiano Favela R24898_
                                    Affiant