IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

BIBIANO FAVELA

Sep 9, 2008 LCW
SEP 09 2008
SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07C6823　07cv6823

V.

HONORABLE Judge
VIRGINIA Kendall

SHERIFF OF COUNTY OF COOK
THOMAS J DART

### ALTERNATIVE RELIEF

Comes Now the undersigned petitioner/claimant pro hac vice BIBIANO FAVELA petitions and requests this HONORABLE Court to grant and submitts pursuant to 735 ILCS 5/5-105 and RULE 298 of the SUPREME Court to grant him leave to sue/defend as a Poor person in support plaintiff states that the foregoing facts are true in substance and in fact to 735 ILCS 5/2-619.1 combined motions

1) Grant any and other relief that the court may deem necessary and just, and
   a Injunctive relief damages on the conduct of each defendant, and
   b On the conduct of each defendant in his/or their Personal capacity damages
   c Injunctive relief damages on the conduct of each defendant, and
   d Injunctive relief damages on the conduct of THOMAS J DART
   e Plaintiff punitive and Compensatory damages for 75 million dollars against defendant in his/their capacity

BIBIANO FAVELA BEING FIRST duly sworn on oath, deposes, and states that he/she is a Plaintiff in the above-captioned matter, that he/she has read the foregoing document, and the answers made herein are true, correct and complete to the best of his/her knowledge and belief.

SUBSCRIBED AND AFFIRMATION To
BEFORE ME THIS SEPTEMBER DAY OF 1, 2008,
ATTACHED NOTARIZED

NOTARY PUBLIC

/s/ Bibiano Favela
RJV298

## AFFIDAVIT OF AFFIRMATION

I, _BIBIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _1_ day of _SEPTEMBER_, 200_8_.

_Bibiano Favela R24248_
Affiant