IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J DART

**FILED**
Sep 9, 2008 ew   07cv6823
SEP 0 9 2008
SEP 09 2008      07C6823
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HONORABLE Judge
VIRGINIA Kendall



## NOTICE OF SERVICE

TO: Steven L Satter
Assistance State's Attorney
500 RICHARD J DALEY CENTER
CHICAGO, ILLINOIS 60602

PLEASE TAKE NOTICE that on 1 day of SEPTEMBER, 2008, I have caused to be filed with the Clerk of THE STATE COURT OF ILLINOIS for the NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION IN the courtroom of the above named judge the hereto attached documents entitled CERTIFICATE OF SERVICE - NOTICE OF MOTION - AFFIDAVIT - ALTERNATIVE RELIEF - MOTION FILED RELIEF - MOTION THEREFOR RESPONDENT

## PROOF OF SERVICE

I the belowed undersigned designated and named as witness being duly sworn upon oath deposes and state that the above metioned documents was served upon the attressed Party(ies) on the 1 day of SEPTEMBER, 2008, by the same being placed in the U.S. Postal Snut at the PONTIAC CORRECTIONAL CENTER and further I state that the same was placed in said deposit by myself together with Correct offered Postage on this SEPTEMBER DAY OF 1, 2008,

SUBSCRIBED AND AFFIRMATION To
BEFORE ME THIS SEPTEMBER DAY OF 1, 2008,
ATTACHED NOTarized
NOTARY PUBLIC

/S/ Bibiano Favela R24298

## AFFIDAVIT OF AFFIRMATION

I, __BIBIANO FAVELA__, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __1__ day of __SEPTEMBER__, 200__8__.

__s/ Bibiano Favela R24248__
Affiant