IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIBIANO FAVELA

V

SHERIFF OF COUNTY OF COOK
THOMAS J. DART

FILED
Sep 9, 2008
SEP 09 2008
SEP 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6823
07C6823

HONORABLE Judge
VIRGINIA Kendall

## NOTICE OF MOTION

TO: Steven L Satter
Assistance States Attorney
500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602

PLEASE TAKE NOTICE that on 1 day of SEPTEMBER, 2008, I have caused to be filed with the Clerk of THE STATE COURT OF ILLINOIS for the NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION IN the courtroom of the above named judge the hereto attached documents entitled CERTIFICATE OF SERVICE -AFFIDAVIT- ALTERNATIVE RELIEF- MOTION FILED RELIEF -MOTION THEREFOR RESPONDENT- NOTICE OF SERVICE

SUBSCRIBED AND AFFIRMATION
BEFORE ME THIS SEPTEMBER DAY OF 1, 2008,
ATTACHED NOTARIZED
NOTARY PUBLIC

/S/ Bibiano Favela
R24298

# AFFIDAVIT OF AFFIRMATION

I, _BIBIANO FAVELA_, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __1__ day of __SEPTEMBER__, 200_8_.

_Bibiano Favela_ A24208
Affiant

## CERTIFICATE OF SERVICE

I BIBIANO FAVELA swear under penalty of perjury that I served a copy of the attached document on Steven L. Satter 500 RICHARD J DALEY CENTER CHICAGO ILLINOIS 60602 by placing it in the mail at the PONTIAC CORRECTIONAL CENTER on SEPTEMBER 1, 2008.

/S/ Bibiano Favela R24298